UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **CALEB UPTON** | * | **CASE NO.** |
| 7655 South Seeley Avenue | | |
| Chicago, IL 60620 | * | **JUDGE** |
|     **Plaintiff,** | * | |
| **vs.** | * | |
| **UNITED STATES DEPARTMENT OF THE AIR FORCE** | * | **PLAINTIFF'S COMPLAINT FOR PERSONAL INJURIES** |
| Attn: Neil Clarke | * | |
| 5135 Pearson Road, Area A/Bld. 10 | | |
| W.P.A.F.B., Ohio 45433 | * | |
|     **Defendant.** | * | |

Now comes Plaintiff, Caleb Upton, by and through counsel, John. P. Hilgeman, Esq., and for his Complaint against Defendant, United States Department of the Air Force, states as follows.

    1.    On November 27, 2017, Plaintiff, Caleb Upton, was a passenger in a motor vehicle operated by Kennisey Hicks, which was traveling northbound on Interstate IR-675 at mile post 14.20, in Beavercreek, Greene County, Ohio, when John F. Tokarz, while under the employment of United States Department of the Air Force, was operating a 2009 Suzuki truck motor vehicle likewise in a northbound direction behind the vehicle occupied by Plaintiff, which was traveling

1

Caleb Upton vs. United States Department of the Air Force
Complaint for Personal Injuries

at a slow rate of speed, which John F. Tokarz acknowledged, and his vehicle did strike from behind the vehicle occupied by Plaintiff, with John F. Tokarz thereby acting negligently in the operation of his motor vehicle, thus causing injury to Plaintiff.

2. At all relevant times to this litigation, the Defendant, United States Department of the Air Force, was the employer of John F.Tokarz, and John F. Tokarz was an employee of Defendant, United States Department of the Air Force.

3. John F. Tokarz was acting within the scope of his employment when the accident occurred.

4. The actions of Defendant, United States Department of the Air Force, were negligent as a matter of the common law doctrine *respondeat superior.*

5. As a direct result of the negligence and recklessness of John F. Tokarz, as an employee, agent and/or representative of the United States Department of the Air Force, the Defendant is vicariously liable for the acts and/or omissions on the part of its employees, agents and/or representatives.

6. Plaintiff has exhausted all administrative remedies as required by 28 U.S.C.§ 2675(a).

7. Jurisdiction is proper in this forum pursuant to 28 U.S.C. § 2675(a) and 28 U.S.C. § 1346(b).

Caleb Upton vs. United States Department of the Air Force
Complaint for Personal Injuries

8. Plaintiff has timely commenced his Complaint seeking judicial relief in accordance with 28 U.S.C. § 2401(b).

9. As a direct and proximate result of the negligence of the United States Department of the Air Force, Plaintiff incurred injuries and damages, including, but not limited to the following:

    a. Severe and permanent injuries;

    b. Great pain and suffering, both physical and emotional;

    c. Lost wages in an amount to be determined at trial;

    d. Past reasonable and necessary medical expenses, as well as reasonable and necessary medical expenses to be incurred in the future;

    e. Miscellaneous out-of-pocket expenses in an amount to be determined at trial.

WHEREFORE, Plaintiff, Caleb Upton, demands judgment against the Defendant, United States Department of the Air Force in an amount in excess of $25,000.00, plus interest and costs of this action.

                                      Respectfully submitted,

                                      /s/ John P. Higeman, Esq.
                                      John P. Hilgeman, Esq. (#0011691)
                                      COWAN & HILGEMAN
                                      Attorneys at aw
                                      12 West Monument Avenue
                                      Suite 100
                                      Dayton, Ohio 45402
                                      Tel. (937) 222-2030
                                      Fax (937) 224-7182
                                      Email john@cowanhilgemanlaw.com
                                      Attorney for Plaintiff